# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROGENYHEALTH, INC., : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION |
| : | NO. 17-cv-873 |
| CARESOURCE MANAGEMENT GROUP, : | |
| CO., ET AL., : | |
| Defendants. : | |

## ORDER

AND NOW, this 15th day of June, 2017, upon consideration of Defendants' Motion to Dismiss (Doc. No. 11), Plaintiff's Response in Opposition thereto (Doc. No. 14), Defendants' Reply in Further Support thereof (Doc. No. 15), and Plaintiff's Sur Reply in Further Opposition thereto (Doc. No. 16), for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs' Complaint is hereby DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,       J.